# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH J. NUGET, III,           ) | |
|                                 ) | |
|     Plaintiff,           ) | |
|                                 ) | |
| v.                              ) | Docket no. 1:16-cv-522-NT |
|                                 ) | |
| STATE OF MAINE,                 ) | |
|                                 ) | |
|     Defendant            ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On October 27, 2016, the United States Magistrate Judge filed with the court, with copies to the Plaintiff, his Recommended Decision. The time within which to file objections has expired, and no objection has been filed. The Magistrate Judge notified the Plaintiff that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED. The Plaintiff's Complaint is DISMISSED.

SO ORDERED.

                                                  /s/ Nancy Torresen
                                                United States Chief District Judge

Dated this 17th day of November, 2016.